In the Matter of the Estate of J. GEORGE LAFFARGUE,
Deceased.

EDWARD HERRMANN, as Executor, Appellant· LAURA
BLAKENEY, Respondent.

*Matter of Laffargue,* 142 App. Div. 426, affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered January 20, 1911, which modified and
affirmed as modified a decree of the New York County

Surrogate's Court directing the executor of J. George Laffargue to judicially settle his accounts.

The following questions were certified:

"1. Has the Surrogate's Court jurisdiction of a proceeding commenced prior to September 1, 1910, to compel an executor to judicially settle his accounts pursuant to the provisions of section 2727 of the Code of Civil Procedure, at the instigation of one whose claim of interest in the estate is dependent upon the survivorship of a person named in the will as a legatee, the fact of such survivorship being denied by a duly verified answer in the form as prescribed by section 2722 of the Code of Civil Procedure, and interposed upon the return day of the citation by the executor?

"2. In such a proceeding, has the Surrogate's Court jurisdiction to determine the disputed fact of survivorship, all of the interested parties having first been cited in?"

*George D. Zahm* for appellant.

*Edwin T. Taliaferro* and *E. B. Wilson* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.